IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RANDALL N. FERRELL and BEVERLY A. FERRELL, <br><br> Plaintiffs, <br><br> v. <br><br> AVT TITLE SERVICES, LLC *et al.*, <br><br> Defendants. | § § § § § § § § § § § § Civil Action No. 4:22-cv-426-ALM-KPJ |

## ORDER

Pending before the Court is Defendant Wells Fargo Bank, National Association's[1] ("Defendant") Motion to Withdraw as Co-Counsel (the "Motion") (Dkt. 12). In the Motion, Defendant requests that Erica M. Lux, only, be permitted to withdraw as counsel in this matter. *See* Dkt. 12. Defendant represents Adam Nunnallee will continue to represent Defendant in this matter. *See id.* Upon consideration, the Motion (Dkt. 12) is hereby **GRANTED**.

**IT IS ORDERED** that Erica M. Lux is withdrawn as counsel of record for Defendant. Adam Nunnallee will remain counsel of record for Defendant.

**So ORDERED and SIGNED this 13th day of July, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Wells Fargo Bank, National Association has appeared as Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2. *See* Dkts. 9, 12.